UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ARTAN KELMENDI and VISI AJAZI           :
                                        :
                         Plaintiffs,    :      No. 7:24 Civ. 3972 (CS)
                                        :
          -against-                     :
                                        :
S.T.A. AVERNA, INC. d/b/a AVERNA ITALIAN :
STEAKHOUSE, 888.AVERNAS, INC. d/b/a AVERNA :
ITALIAN STEAKHOUSE, HAMDI AHMETAJ, and   :    ~~PROPOSED~~ JUDGMENT
FITIM AHMETAJ                           :
                         Defendants.    :
------------------------------------------------------------------X

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiffs Artan Kelmendi and Visi Ajazi ("Plaintiffs") on September 19, 2024; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs and against S.T.A. Averna, Inc. d/b/a Averna Italian Steakhouse, 888.Avernas, Inc. d/b/a Averna Italian Steakhouse, Hamdi Ahmetaj, and Fitim Ahmetaj ("Defendants"), jointly and severally, in the amount of $35,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiffs' claims in this action.

Dated:  White Plains, New York
        September 19                   , 2024

                                        SO ORDERED.

                                        *Cathy Seibel*
                                        _____
                                        CATHY SEIBEL, U.S.D.J.